IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO, CLEVELAND DIVISION

| | |
|---|---|
| NANCY SMITH, | ) |
| Plaintiff, | ) Case No. 1:24-cv-00344-DAR |
| v. | ) |
| | ) HON. David A. Ruiz |
| CITY OF LORAIN, et al., | ) |
| Defendants. | ) MAG. Jennifer Dowdell Armstrong |
| | ) |
| | ) **JURY TRIAL DEMANDED** |

## MOTION FOR PERMISSION
## TO PRACTICE *PRO HAC VICE*

Comes the Plaintiff, NANCY SMITH, by counsel, and pursuant to L.R. 83.5(h), moves this Court to enter an appropriate Order allowing the following attorney, who has not been admitted to the Bar of this Court, to practice in the above-styled case. As grounds for this Motion, Plaintiff states as follows:

1. That the above-styled action was filed in this Court on February 23, 2024.

2. That the following attorney, MARGARET E. CAMPBELL, is admitted to practice in the State of Missouri.

3. That the attorney requesting permission to practice in the above-styled case has given her written consent, per the attached declaration, to be subject to the jurisdiction and rules of the Ohio Supreme Court governing professional conduct, and has received online training in the CM/ECF system.

    4.    That the attorneys for the Plaintiff agree to pay the prescribed fee required in filing this Motion.

                      Respectfully submitted,

                      /s/ Elliot Slosar
                      *Attorney for Plaintiff*

Jon Loevy
Elliot Slosar
Amy Robinson Staples*
Margaret E. Campbell*

Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
Fax (312) 243-5902

*pro hac vice*

## CERTIFICATE OF SERVICE

    I, Elliot Slosar, hereby certify that on March 7, 2024, I filed the foregoing Motion For Permission to Practice Pro Hac Vice, by CM/ECF electronic filing, which was served through the Court's electronic filing system.

                                                 /s/ Elliot Slosar