# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Nancy Smith, | : | |
| | : | Case No. 1:24-cv-00344 DAR/JDA |
| Plaintiff | : | |
| | : | Judge David A. Ruiz |
| v. | : | Magistrate Jennifer Dowdell Armstrong |
| | : | |
| City of Lorain, et al. | : | |
| | : | |
| Defendants. | | |

## **ORDER**

For good cause shown, the motion of Intervenor County Risk Sharing Authority ("CORSA") (Dkt. No. <##>) is granted as a matter or right, pursuant to F. R. Civ. P. 24(a). CORSA's intervention complaint, which accompanied that motion, is deemed filed instanter. CORSA may participate in discovery and petition the Court for declaratory judgment. In the event that the Court declines to issue the declaratory judgment requested by CORSA prior to trial, then CORSA may also submit jury instructions, jury interrogatories, and verdicts forms at trial, as the Court may allow.

It is so ORDERED.

_____
UNITED STATES DISTRICT JUDGE or
UNITED STATES MAGISTRATE JUDGE