## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO, CLEVELAND DIVISION

| | |
|---|---|
| NANCY SMITH, | ) |
|     Plaintiff, | ) Case No. 1:24-CV-344 |
| v. | ) |
| CITY OF LORAIN, et al., | ) |
|     Defendants. | ) |

## MOTION FOR LEAVE TO WITHDRAW

Plaintiff, by and through the undersigned attorney, seek leave of this Court to withdraw attorney Margaret E. Campbell as counsel for Plaintiff. In support thereof, Plaintiff states as follows:

1. Ms. Campbell's employment with Loevy & Loevy, the firm representing Plaintiff, has concluded.

2. Plaintiff continues to be represented by the following attorneys from Loevy & Loevy: Jon Loevy, Elliot Slosar, and Amy Robinson Staples.

3. Due to the continuity of the attorneys from Loevy & Loevy representing Plaintiff, no party will be prejudiced if Ms. Campbell is permitted to withdraw her appearance.

WHEREFORE, Plaintiff respectfully requests the Court enter an order permitting Margaret E. Campbell to withdraw her appearance as counsel in this matter.

            Respectfully Submitted,

            /s/ Elliot Slosar
            Elliot Slosar
            Loevy & Loevy
            311 N. Aberdeen, 3rd Floor
            Chicago, Illinois 60607
            (312) 243-5900

## **CERTIFICATE OF SERVICE**

  I, Elliot Slosar, an attorney, hereby certify that on February 20, 2025, I filed the foregoing motion using the Court's CM/ECF system, which effectuated service on all counsel of record.

                /s/ Elliot Slosar
                *One of Plaintiff's Attorneys*