IT IS SO ORDERED.
s/*David A. Ruiz*
U.S. District Judge
4/22/2025

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Nancy Smith, | : | Case No. 1:24-cv-00344 |
| Plaintiff, | : | Judge David Ruiz |
| v. | : | Magistrate Judge Jennifer Dowdell Armstrong |
| City of Lorain, et al. | : | |
| Defendants. | : | |

### MOTION FOR LEAVE TO SUBSTITUTE COUNSEL

Pursuant to N.D. Ohio Loc. Civ. R. 83.9, notice is hereby given that Teresa L. Grigsby requests leave of Court to enter her appearance and substitution of counsel in place of Daniel T. Downey and David C. Moser as counsel for Defendant Lorain County. Daniel T. Downey and David C. Moser will remain counsel for Defendant Jonathan Rosenbaum. Written notice has previously been provided to all affected clients and their approval has been retained.

Upon the award of leave to substitute, the Clerk of Courts is requested to change the docket sheets to reflect this substitution of counsel, and all counsel and parties are requested to serve all future pleadings, notices, and orders to Teresa L. Grigsby as counsel for Defendant Lorain County, and to Daniel T. Downey and David C. Moser as counsel for Defendant Jonathan Rosenbaum.

Respectfully submitted,

/s David C. Moser
Daniel T. Downey (0063753) Trial Counsel
David C. Moser (0090834)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLC**
7775 Walton Parkway Suite 200
New Albany, OH 43054
(614) 221-1216 - Telephone
(614) 221-8769 – Facsimile
ddowney@fisheldowney.com
dmoser@fisheldowney.com
*Counsel for Defendant Jonathan Rosenbaum*

/s Teresa L. Grigsby
Teresa L. Grigsby (0030401) Trial Counsel
**SPENGLER NATHANSON P.L.L.**
900 Adams Street
Toledo, OH 43604
(419) 241-2201 – Telephone
(419) 241-8599 – Facsimile
tgrigsby@snlaw.com
*Counsel for Defendant Lorain County*